UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------------

DAVID AYERS, : CASE NO. 1:12CV00753

    Plaintiff,

vs. : JUDGMENT

CITY OF CLEVELAND, OHIO, ET AL, :

    Defendants.

------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This action came before the Court and a jury.  The jury rendered the following verdicts on March 8, 2013:

    1) verdict for plaintiff and against Defendant Michael Cipo on Federal Section 1983 claims;

    2) verdict for plaintiff and against Defendant Denise Kovach on Federal Section 1983 claims;

    3) verdict for plaintiff and against Defendant Michael Cipo as to intentional infliction of emotional distress;

    4) verdict for plaintiff and against Defendant Denise Kovach as to intentional infliction of emotional distress;

    5) compensatory damages in the amount of $13,210,000.00.

-2-

This Judgment is entered pursuant to Federal Rule of Civil Procedure 58 and this action is terminated.

IT IS SO ORDERED.


Dated: March 8, 2013                                              s/        *James S. Gwin*
                                                                                   JAMES S. GWIN
                                                                                   UNITED STATES DISTRICT JUDGE