Motion granted 5/9/13. Plaintiff awarded $390,000.00 in attorneys' fees and costs through March 22, 2013.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| DAVID AYERS, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-753 |
| | ) |
| v. | ) |
| | ) Judge James S. Gwin |
| CITY OF CLEVELAND, Cleveland Police Detectives MICHAEL CIPO and DENISE KOVACH, CUYAHOGA METROPOLITAN HOUSING AUTHORITY, Cuyahoga Metropolitan Housing Authority Sergeant DONALDSON and Police Officers RAYMOND MORGAN, THOMAS IMES, and CHRIS JAKUB, and Unknown City of Cleveland and Cuyahoga Metropolitan Housing Authority Employees, | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

**PLAINTIFF'S AGREED MOTION FOR ENTRY
OF JUDGMENT ON HIS CLAIMS FOR ATTORNEYS' FEES AND COSTS**

Plaintiff, DAVID AYERS, by his attorneys, LOEVY & LOEVY, brings this agreed motion for entry of judgment on his claim for attorneys' fees and costs, as follows.

1. Following the conclusion of the jury trial, Plaintiff David Ayers moved for fees and costs on March 22, 2013.

2. Subsequently, counsel for Plaintiff and Defendants conferred extensively in order to resolve their differences with respect to this dispute.

3. Accordingly, Plaintiff and Defendants have reached an agreement that this Court should enter judgment in Plaintiff's favor for $390,000 in attorneys' fees and costs for all attorneys' fees and costs accrued in this matter up to March 22, 2013.